UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| CANDI MONROE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER, SOCIAL )<br>SECURITY ADMINISTRATION, )<br>)<br>   Defendant. ) | CIVIL No. 3:23-cv-00878-YY<br><br>ORDER AWARDING FEES<br>PURSUANT TO 42 U.S.C. § 406(b) |

ORDERED that Rory Linerud is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $13,775.25, to be paid from Plaintiff's past-due benefits. Such net sum represents the full amount of $29,466.25 in § 406(b) attorney fees minus fees Plaintiff's counsel previously received under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $15,691.00, for a net award of $13,775.25.

IT IS SO ORDERED.

DATED this __26th__ day of __November__, 2025.


    /s/ Youlee Yim You
HONORABLE YOULEE YIM YOU
UNITED STATES MAGISTRATE JUDGE

Presented by:

ORDER – 406(b) FEES                         1

/s/ Rory J. Linerud
RORY J. LINERUD
Oregon State Bar #970061
Attorney for Plaintiff
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971)218-6954
Email: Rory@LinerudLawFirm.com
Fax: (503)877-6691